United States District Court
Southern District of Texas
**ENTERED**
January 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAYA SCHANEN, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-23-3943 |
| INFOCUS SOLUTIONS, INC., | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No.6 ), this action is dismissed without prejudice.

SIGNED on January 19, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge